UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 97-cr-00009-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY C. ROMERO,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon review of a letter sent by Defendant to the Court, which was filed on March 20, 2006. Having reviewed the letter, I have concluded, *sua sponte*, that this letter should be sealed because it contains confidential information. Accordingly, it is

ORDERED that Defendant's Letter [# 115], filed March 20, 2006, is hereby **SEALED**.

    Dated: April 19, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge