UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 97-cr-00009-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY C. ROMERO,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant's Motion to Request Concurrent Service of Federal Sentence with State Sentence that is Issued Concurrently with Federal Sentence [# 133], filed on June 26, 2007.  On July 5, 2007, the Government filed its Response.  Having reviewed the motion, response, and consulting with the United States Probation Department, I find that Defendant's motion should be denied without prejudice for the reasons articulated below.

    In this federal case, the Defendant was convicted and sentenced by this Court to 60 months in the United States Bureau of Prisons.  He served his 60 month federal sentence and was placed on Supervised Release.  While on Supervised Release from this Court, the Defendant committed, was charged with, and pleaded guilty to a violation of Colo. Rev. Statutes 18-18 -405 (1)(2)(A)(I)(A), Possession with Intent to Distribute Controlled Substance.  The Colorado State Court then sentenced the Defendant to serve eight years in the Colorado Department of Corrections, where he is

presently incarcerated.

Pursuant to procedure, the United States Probation Department properly and timely placed a detainer on the Defendant which requires the Colorado Department of Corrections to deliver him to the United States Marshal's Service once he has completed his Colorado sentence. At that time, this Court will determine whether the Defendant has violated his Supervised Release. Accordingly, Defendant's motion is premature at this time and should be denied without prejudice with leave to refile once he has completed his Colorado sentence. Therefore, it is

ORDERED that Defendant's Motion to Request Concurrent Service of Federal Sentence with State Sentence that is Issued Concurrently with Federal Sentence [# 133], filed on June 26, 2007 is **DENIED WITHOUT PREJUDICE**.

Dated: July 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge