UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 97-cr-00009-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY C. ROMERO,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion Pursuant to Rule 21: Writs of Mandamus and Prohibition and Other Extraordinary Writs Concerning Rule 32.1 of the Federal Rules of Criminal Procedure (docket #152), filed December 21, 2007. On January 8, 2008, the Government filed its response. Having reviewed the motion, response, and considering the relevant law, I find that Defendant's motion should be denied for the reasons articulated below.

In his motion, the Defendant requests an immediate hearing and concurrent sentencing. I note that since the Defendant filed the instant motion, the United States Court of Appeals for the Tenth Circuit handed down its published opinion in *United States v. Timothy Romero*, No. 07-1298, on January 4, 2008. In this opinion, the Tenth Circuit denied similar challenges by the Defendant and upheld my Order, dated October 11, 2007, which denied without prejudice Defendant's request for a hearing and concurrent sentencing. Defendant simply has no present right to a hearing on

revocation of his supervised release. Based on my previous order in this case and the recent Tenth Circuit opinion, I find that Defendant's motion is denied. Accordingly, it is

ORDERED that Defendant's Motion Pursuant to Rule 21: Writs of Mandamus and Prohibition and Other Extraordinary Writs Concerning Rule 32.1 of the Federal Rules of Criminal Procedure (docket #152) is **DENIED.**

Dated: February 5, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge