UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 97-cr-00009-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. TIMOTHY C. ROMERO,

     Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A supervised release violation hearing is set for **Thursday, July 1, 2010, at 9:30 a.m.**

     Dated:  June 2, 2010