UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 97-cr-00009-WYD

UNITED STATES OF AMERICA,

    Plaintiff

v.

TIMOTHY C. ROMERO,

    Defendant.
_____

**MINUTE ORDER**
_____
ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the supervised release violation hearing set for Thursday, July 1, 2010 at 9:30 a.m. is **VACATED and RESET to Thursday, July 1, 2010 at 3:00 p.m.**

    Dated: June 10, 2010